UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TESORO REFINING & MARKETING COMPANY LLC, a Delaware limited liability company,<br><br>　　　　　Plaintiff,<br>　v.<br>GAS PLUS HEMET, L.P., a California limited partnership; DONNIE LEE MAHONEY, an individual; BARRETT JAY STONE, an individual; and DOES 1-10, inclusive,<br>　　　　　Defendants. | Case No. 2:18-cv-07404-JGB-AGR<br><br>[Assigned to Hon. Jesus G. Bernal]<br><br>**JUDGMENT**<br><br>Action Filed: August 31, 2018<br>Trial Date: May 7, 2020 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court has received Notice of Plaintiff TESORO REFINING & MARKETING COMPANY LLC's acceptance of the statutory offer of compromise issued by defendants GAS PLUS HEMET, L.P., DONNIE LEE MAHONEY, and BARRETT JAY STONE pursuant to California Code of Civil Procedure Section 998 ("Offer").

Accordingly, the Court enters JUDGMENT in the amount of $375,000 in favor of Plaintiff TESORO REFINING & MARKETING COMPANY LLC and jointly and severally against Defendants GAS PLUS HEMET, L.P., DONNIE LEE MAHONEY, and BARRETT JAY STONE in accordance with the terms and conditions stated in the Offer, which is attached to the notice of acceptance filed with the Court.

**IT IS SO ORDERED.**

Dated: January 27, 2020

_____
Hon. Jesus G. Bernal
Judge of United States District Court